

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00478-CR & 04-18-00479

The **STATE** of Texas,
Appellant

v.

Miguel Marco **MELENDEZ,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6467, 6468
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

The State's third motion for extension of time is GRANTED. We ORDER the State to file its brief on or before December 10, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court